

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00373-CV

JPMORGAN CHASE BANK, N.A.                    APPELLANT

V.

PROFESSIONAL PHARMACY II                      APPELLEES
AND CAMBRIDGE GORBUTT MOB,
L.P.

------------

## FROM THE 17TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellant's Agreed Motion To Dismiss Appeal As To Cambridge Only." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal of JPMorgan Chase Bank, N.A. as to appellee Cambridge Gorbutt MOB, L.P. only. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f). This case shall hereafter be styled "JPMorgan Chase Bank, N.A. v. Professional Pharmacy II."

------------

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by the party incurring the same as between appellant and appellee Cambridge Gorbutt MOB, L.P., for which let execution issue.  *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

DELIVERED:  May 31, 2012